| PROB 22, (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 8:00-CR-72-T-24B |
| **08cr    302** | | **DOCKET NUMBER *(Rec. Court)*** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward P. Mc Gee | Middle District of Florida | Tampa |

**~~JUDGE CASTILLO~~**

**~~MAGISTRATE JUDGE KEYS~~**

| NAME OF SENTENCING JUDGE |  |  |
|---|---|---|
| The Honorable Susan C. Bucklew | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/04/2008 | TO 03/03/2011 |

| OFFENSE | |
|---|---|
| Conspiracy to Possess with the Intent to Distribute and Distribute Heroin | **FILED** APR 1 4 2008 **TC** |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

~~MICHAEL W. DOBBINS~~
~~CLERK, U.S. DISTRICT COURT~~

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this  court.*

4-1-2008
_____
Date

*Sm. C Buckl*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 4 2008
_____
Effective Date

*James F. Holderman*
_____
United States District Judge